IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABDULA MAO,

    Petitioner,                    No. CIV S-03-0532 DFL PAN P

    vs.

EDWARD S. ALAMEIDA, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file and serve objections to the May 18, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's June 9, 2006 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the May 18, 2006 findings and recommendations.

DATED: June 15, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/mp
mao0532.111